IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

        Plaintiff,

   v.

JENNIFER KATHLEEN HAYDU,

        Defendant.

Case No. 3:23-cr-00002-SLG-KFR

**PRELIMINARY ORDER OF FORFEITURE AND FORFEITURE MONEY JUDGMENT**

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(2) and (b)(4)(A), based on defendant's guilty plea and admission to forfeiture, the Court GRANTS the Motion for Preliminary Order of Forfeiture and Forfeiture Money Judgment (Docket 130), and finds as follows:

The following property constitutes proceeds of defendant's convictions in violation of 18 U.S.C. § 1349, and subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C), including without limitation:

1. **$75,000**

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

The above-listed property is hereby condemned and forfeited to the United States of America pursuant to 18 U.S.C. § 981(a)(1)(C), and defendant shall forthwith forfeit all right, title and interest, if any, in the above-listed property.

The United States may recover from defendant an in personam criminal forfeiture money judgment in the amount of $75,000, not to be held jointly and severally liable with any codefendants, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A); 18 U.S.C. § 981(a)(1)(C), and 21 U.S.C. § 853(p).

The United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

DATED this 19th day of July 2024, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cr-00002-SLG-KFR, *USA v. Haydu*
Preliminary Order of Forfeiture
Page 2 of 2
Case 3:23-cr-00002-SLG-KFR   Document 133   Filed 07/19/24   Page 2 of 2